■ Nova Casualty Company, Formerly Known as First Security Insurance Company, Appellant, v William A.

Woods et al., Respondents. [610 NYS2d 835] —Appeal by the plaintiff from an order of the Supreme Court, Westchester County (Coppola, J.), dated January 17, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Coppola at the Supreme Court. Bracken, J. P., O'Brien, Pizzuto and Altman, JJ., concur.